# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# (NEW ALBANY)

| | |
|---|---|
| BROOKE ERNI, ) | **Acknowledged** |
| ) | TWP |
| Plaintiff, ) | October 29, 2018 |
| ) | |
| v. ) | CASE NO. 4:18-cv-00106-TWP-DML |
| ) | |
| EQUIFAX INFORMATION ) | |
| SERVICES, LLC ) | |
| Defendants. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

NOW comes Plaintiff, Brooke Erni, pursuant to Fed. R. Civ. P. 41(a)(1)(A) and files this Notice to Dismiss with prejudice the above-referenced action against Defendant, Equifax Information Services, LLC. Each party shall bear its own fees and costs.

This 26th day of October, 2018.

 HEMMINGER LAW OFFICE, PSC
 /s/ *David W. Hemminger*
 David W. Hemminger
 HEMMINGER LAW OFFICE, P.S.C.
 331 Townepark Circle, Suite 100-C
 Louisville, KY 40243
 *Attorneys for Plaintiff, Brooke Erni*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of October, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing.

*/s/ David W. Hemminger*
David W. Hemminger